| | |
|---|---|
| 1 | ANN C. MOORMAN (130144) |
|   | LAW OFFICES OF ANN C. MOORMAN |
| 2 | 308 South School Street |
|   | Ukiah, California 95482 |
| 3 | Telephone: (707) 462-1844 |
|   | Facsmile: (707) 468-0522 |
| 4 | |
|   | Attorney for Defendant |
| 5 | BRADLEY A. VOGEL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | No. CR 06-0681 CRB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RESETTING SENTENCING |
| vs. | ) | DATE |
| | ) | |
| BRADLEY AARON VOGEL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, Plaintiff, the United States of America, through its counsel, Assistant United States Attorney Julie A. Arbuckle and Defendant Bradley A. Vogel, through his counsel, Ann C. Moorman, Esq. that the sentencing hearing in this case now set for February 7, 2007 shall be re-set for March 21, 2007 at 2:15 p.m. Further time is necessary to complete the pre-sentence investigation. The Probation Officer Cheryl Simone joins in this request and is available on the date indicated.

IT IS SO STIPULATED:

Dated: January 12, 2007

/s
JULIE A. ARBUCKLE
ASSISTANT UNITED STATES ATTORNEY

Dated: January 12, 2007

/s
ANN C. MOORMAN
ATTORNEY FOR BRADLEY A. VOGEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the sentencing hearing in this case, now set for February 7, 2007 at 2:15p.m. shall be vacated and re-set for March 21, 2007 at 2:15 p.m.

Dated: Jnuary 17, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation and Proposed Ord. Re-Setting Sentencing Hrg.
CR 06-0681 CRB

2