```
ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile:  707-468-0522

Attorney for Defendant
BRADLEY A. VOGEL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0681 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| vs. ) | **RESETTING SURRENDER DATE** |
| ) | |
| BRADLEY AARON VOGEL, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Julie A. Arbuckle, Assistant United States Attorney and defendant Bradley Vogel, through his counsel Ann C. Moorman that the previously scheduled date of the defendant Vogel's surrender of May 18, 2007 shall be rescheduled for June 18, 2007.  This extension is requested because the defendant has yet to be designated by the Bureau of Prisons.

IT IS SO STIPULATED:

DATED:   05/15/2007                         /s/
                                            JULIE A. ARBUCKLE
                                            Assistant United States Attorney


DATED:   05/17/2007                         /s/
                                            ANN C. MOORMAN
                                            Attorney for Defendant Bradley A. Vogel

Stipulation and [proposed] Order

1   BASED UPON THE ABOVE STIPULATION, IT IS HEREBY ORDERED that the
2   surrender date presently set for May 18, 2007 be rescheduled to June 18, 2007.
3   **IT IS SO ORDERED:**

5   DATED: May 16, 2007



HONORABLE JUDGE CHARLES R. BREYER
United States District Court