1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4
   Attorney for Defendant
5  BRADLEY A. VOGEL

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,           )   No. CR 06-0681 CRB
12                                     )
              Plaintiff,                )   **STIPULATION AND**
13                                     )   **[PROPOSED] ORDER**
         vs.                            )   **RESETTING SURRENDER DATE**
14                                     )
   BRADLEY AARON VOGEL,                )
15                                     )
              Defendant.                )
16 _____)

17      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Ioana Petrou,

18 Assistant United States Attorney and  defendant Bradley Vogel, through his counsel Ann C.

19 Moorman  that the previously scheduled date of the defendant Vogel's surrender of July 17, 2007

20 shall be rescheduled for August 24, 2007.  This extension is requested because the defendant has

21 yet to be designated by the Bureau of Prisons.

22

23 IT IS SO STIPULATED:

24 DATED:   July 13, 2007                    _____/s/_____
                                             IOANA PETROU
25                                           Assistant United States Attorney

26

27 DATED:   July 13, 2007                    _____/s/_____
                                             ANN C. MOORMAN
28                                           Attorney for Defendant Bradley A. Vogel

Stipulation and [Proposed] Order

BASED UPON THE ABOVE STIPULATION, IT IS HEREBY ORDERED that the surrender date presently set for July 17, 2007 be rescheduled to August 24, 2007.

**IT IS SO ORDERED:**

DATED: July 17, 2007

_____
HONORABLE JUDGE CHARLES R. BREYER
United States District Court



IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and [Proposed] Order